# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN FLORES,<br><br>        Petitioner,<br><br>   v.<br><br>SCOTT KERNAN,<br><br>        Respondent. | 1:05-cv-00379-AWI-TAG HC<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE (Doc. 23)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO FILE AN OVERSIZED BRIEF<br>(Doc. 24) |

      Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      Petitioner filed his Petition on March 9, 2005. (Doc. 1). On March 14, 2007, the Court ordered Respondent to file a response. (Doc. 14). On June 11, 2007, Respondent filed his response. (Doc. 17). On June 26, 2007, Petitioner filed a motion for an extension of time within which to file his Traverse until August 11, 2007; Petitioner alleges that the additional time is required in order to conduct legal research. (Doc. 23). On July 9, 2007, Petitioner filed a motion for leave to file an oversized brief, contending that his Traverse consisted of thirty-five pages and that Petitioner required the additional pages to respond properly to all of Respondent's arguments. (Doc. 24).

      GOOD CAUSE appearing therefor, the Court HEREBY ORDERS as follows:

      1.    Petitioner's motion for extension of time to file his Traverse (Doc. 23), is GRANTED. Petitioner has up to and including August 11, 2007, within which to file the Traverse; and,

///

///

2. Petitioner's motion for leave to file an oversized brief (Doc. 24), is GRANTED.

Petitioner may file a Traverse consisting of up to thirty-five (35) pages.

IT IS SO ORDERED.

Dated: **July 25, 2007**               /s/ Theresa A. Goldner
                                          UNITED STATES MAGISTRATE JUDGE